IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JESSICA J. REBIK, | ) | CV 06-00263 JMS KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ADOPTING MAGISTRATE'S |
| vs. | ) | FINDING AND RECOMMENDATION |
| | ) | TO DISMISS CASE |
| UNITED AIRLINES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE'S FINDING AND RECOMMENDATION TO DISMISS CASE

Findings and Recommendation having been filed and served on all parties on February 23, 2007, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 20, 2007.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge